UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
WESTCHESTER COUNTY,

Plaintiff,

- against -

MYLAN PHARMACEUTICALS, INC., *et al.*,

Defendants.
---------------------------------------------------------x

**ORDER**

No. 23-CV-6096 (CS)

Seibel, J.

Defendants Express Scripts, Inc., Express Scripts Holding Company, Medco Health Solutions, Inc., Merck-Medco, OptumRx, Inc., UnitedHealth Group Incorporated, and Optum, Inc. (the "Dismissed Defendants") informed the Court that the Plaintiffs in the above-captioned case and in the related cases listed below had voluntarily dismissed their claims against the Dismissed Defendants without prejudice after the cases had been remanded to state court and while an appeal of the remand order was pending before the U.S. Court of Appeals for the Second Circuit. (*See* ECF No. 180.) The Court of Appeals has since reversed my remand order. (*See* ECF Nos. 163-64.) The Dismissed Defendants have provided a copy of the state court dismissal in this case, (ECF No. 180-1), and in each of the related cases listed below, and now request that the Court note their dismissal on the relevant dockets.

Accordingly, the Clerk of Court is respectfully directed to terminate Defendants Express Scripts, Inc., Express Scripts Holding Company, Medco Health Solutions, Inc., Merck-Medco, OptumRx, Inc., UnitedHealth Group Incorporated, and Optum, Inc. in the above-captioned case and the related cases below. The Clerk of Court is also respectfully directed to docket this order in the above-captioned case and the related cases below.

Related Cases:

- 7:23-cv-06098-CS
- 7:23-cv-06103-CS
- 7:23-cv-06116-CS
- 7:23-cv-06117-CS
- 7:23-cv-06124-CS
- 7:23-cv-06125-CS
- 7:23-cv-06126-CS
- 7:23-cv-06127-CS
- 7:23-cv-06104-CS
- 7:23-cv-06106-CS
- 7:23-cv-06118-CS
- 7:23-cv-06107-CS
- 7:23-cv-06108-CS
- 7:23-cv-06119-CS
- 7:23-cv-06109-CS
- 7:23-cv-06121-CS
- 7:23-cv-06110-CS
- 7:23-cv-06112-CS
- 7:23-cv-06123-CS
- 7:23-cv-06113-CS
- 7:23-cv-06120-CS
- 7:23-cv-06114-CS

- 7:23-cv-06115-CS
- 7:23-cv-06128-CS
- 7:23-cv-06129-CS
- 7:23-cv-06097-CS
- 7:23-cv-06130-CS
- 7:23-cv-06131-CS
- 7:23-cv-06132-CS
- 7:23-cv-06133-CS
- 7:23-cv-06134-CS
- 7:23-cv-06135-CS
- 7:23-cv-06136-CS

**SO ORDERED.**

Dated: October 27, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.